MARY F. MURPHY et al., Appellants, *v.* GEORGE K. MACKEY, Individually and as Executor of SARAH A. KNIGHT, Deceased, et al., Respondents, and EMILY OBERHELMAN, Appellant.

(Submitted April 22, 1918; decided April 30, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.　(See 223 N. Y. 612.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HIRSCHBERG, as District Attorney of Orange County, Respondent, *v.* ALBERT H. F. SEEGER, Individually and as County Judge, et al., Defendants, and SARAH L. HAWKS, Appellant.

*People ex rel. Hirschberg* v. *Seeger*, 179 App. Div. 792, appeal dismissed. (Argued April 22, 1918; decided April 30, 1918.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1917, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus directing the county judge of Orange county to vacate his order suspending sentence on one Sarah L. Hawks who had been convicted of a violation of the Liquor Tax Law.　Also to dismiss appeal from three intermediate orders.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Henry Hirschberg* for motion.

*Henry Kohl* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.